952 So.2d 1149 (2006)
Ex parte Denise D. HIGGINS.
(In re Denise D. Higgins
v.
Ronnie Lynn Higgins).
1051279.
Supreme Court of Alabama.
September 15, 2006.
J. Timothy Smith, Hoover, for petitioner.
Submitted on petitioner's brief only.
Prior report: Ala.Civ.App., 952 So.2d 1144.
PER CURIAM.
WRIT DENIED. NO OPINION.
NABERS, C.J., and SEE, HARWOOD, and STUART, JJ., concur.
BOLIN, J., concurs specially.
BOLIN, Justice (concurring specially).
See my special concurrence in State v. Redtop Market, Inc., 937 So.2d 1013 (Ala. 2006).